## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANJAR M. NEMATOV,                          :
           *Petitioner,*                :
                                        :
           v.                           :    **CIVIL NO. 26-3531**
                                        :
J.L. JAMISON et al.,                         :
           *Respondents.*               :

### ORDER

**AND NOW,** this **28th** day of **May 2026,** upon consideration of Sanjar M. Nematov's Petition for a Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the Petition is **GRANTED**. It is **FURTHER ORDERED** as follows:

1. The Government shall release Mr. Nematov from custody immediately and file a certificate of compliance on the docket no later than 5:00 p.m. on May 29, 2026.

2. The Government is enjoined from detaining Mr. Nematov under 8 U.S.C. § 1226(a) for seven (7) days following his release from custody.

3. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**